UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:11-cr-112-T-30MAP

CARLITTA TYSON TEBBY

**AMENDED FORFEITURE MONEY JUDGMENT AND PRELIMINARY
ORDER OF FORFEITURE FOR BANK OF AMERICA ACCOUNT**

THIS CAUSE comes before the Court on the United States' Amended Forfeiture Money Judgment and Preliminary Order of Forfeiture for the contents of Bank of America account number 0055 0541 3155 (Doc. 31), pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), which upon entry shall be a final order of forfeiture as to defendant Carlitta Tyson Tebby.

The defendant pleaded guilty and was convicted of theft of government funds in excess of $1,000, which belonged to the United States and the Department of Veterans Affairs, in violation of 18 U.S.C. § 641. The United established that the defendant obtained $57,482.00 in proceeds as a result of that offense, and on August 23, 2011, the Court entered a Forfeiture Money Judgment against the defendant in that amount, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2). (Doc. 28).

The government now moves for a Forfeiture Money Judgment in the amount of $57,482.00 and a Preliminary Order of Forfeiture for the contents of Bank of America Account Number 0055 0541 3155, held in the name of Helen W. Tebby. The Court finds

that the funds contained in the Bank of America account constitute proceeds traceable to the defendant's violation of 18 U.S.C. § 641, for which she has been convicted as charged in Count One of the Indictment.

Accordingly, the United States' motion (Doc. 31) is GRANTED. Pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), Carlitta Tebby is personally liable for a forfeiture money judgment in the amount of $57,482.00. Further, the contents of Bank of America Account Number 0055 0541 3155, in the name of Helen W. Tebby, are FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 28 U.S.C. § 2461(c). The defendant's money judgment will be reduced by the amount of proceeds forfeited from this account.

The United States is entitled, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to forfeit any other assets of the defendant up to the value of the forfeiture money judgment.

The Court retains jurisdiction to entertain any third party claim that may be asserted and to enter any order necessary to the forfeiture and disposition of any of the defendant's property that the United States may seek as substitute assets.

**DONE** and **ORDERED** in Tampa, Florida on September 28, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cr-112.fmj 31.wpd